UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  TOMMY WAYNE MANESS                     CASE NO. 20-10380
  AMANDA DAWN MANESS                   JUDGE BENJAMIN A. KAHN
  3359 OLD CEDAR FALLS ROAD
  RANDLEMAN, NC  27317

        DEBTORS

SSN(1) XXX-XX-4930     SSN(2) XXX-XX-1282         DATE: 05/20/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE<br>P O BOX 30253<br>SALT LAKE CITY, UT  84130 | $0.00<br>INT: .00%<br>NAME ID: 141169<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $725.10<br>INT: .00%<br>NAME ID: 180353<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 2544<br>COMMENT: CLASS B,521OR |
| FIRST TECH FEDERAL CREDIT UNION<br>P O BOX 2100<br>BEAVERTON, OR  97075 | $19,649.55<br>INT: 6.25%<br>NAME ID: 155144<br>CLAIM #:  0004 | (S) SECURED<br><br>ACCT: 1169<br>COMMENT: 15CHEV,420A |
| GAMESTOP<br>P O BOX 182120<br>COLUMUBUS, OH  43218 | $0.00<br>INT: .00%<br>NAME ID: 181985<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GANDER MOUNTAIN<br>P O BOX 182789<br>COLUMBUS, OH  43218-2789 | $0.00<br>INT: .00%<br>NAME ID: 139648<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GENESIS CREDIT<br>P O BOX 84049<br>COLUMBUS, OH  31908 | $0.00<br>INT: .00%<br>NAME ID: 149566<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INDIGO<br>P O BOX 4499<br>BEAVERTON, OR  97076 | $0.00<br>INT: .00%<br>NAME ID: 181997<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4930<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| JPMCB CARD SERVICES<br>P O BOX 15369<br>WILMINGTON, DE  19850 | $0.00<br>INT: .00%<br>NAME ID: 177699<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MGMT<br>320 E BIG BEAVER RD STE 300<br>TROY, MI  48083 | $0.00<br>INT: .00%<br>NAME ID: 179135<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MGMT<br>320 E BIG BEAVER RD STE 300<br>TROY, MI  48083 | $0.00<br>INT: .00%<br>NAME ID: 179135<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: CITIBANK |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $2,337.74<br>INT: 6.25%<br>NAME ID: 154854<br>CLAIM #: 0016 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 5304<br>COMMENT: CITIBANK,CLASS A,521OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 4930<br>COMMENT: OC |
| OLD NAVY<br>P O BOX 965005<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 181998<br>CLAIM #: 0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| OMAHA<br>P O BOX 3412<br>OMAHA, NE  68197 | $0.00<br>INT: .00%<br>NAME ID: 181999<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $437.03<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0005 | | (U) UNSECURED<br><br>ACCT: 3791<br>COMMENT: CAPITAL ONE,CLASS B,521OR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $870.70<br>INT: 6.25%<br>NAME ID: 68146<br>CLAIM #: 0030 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 7962<br>COMMENT: WALMART,CLASS A,521OR |
| PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | $0.00<br>INT: .00%<br>NAME ID: 66920<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR SADINO FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $396.59<br>INT: .00%<br>NAME ID: 131388<br>CLAIM #: 0007 | | (U) UNSECURED<br><br>ACCT: 0667<br>COMMENT: FINGERHUT,CLASS<br>B,521OR,920TFCL |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0031 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $318.56<br>INT: 10.30%<br>NAME ID: 9626<br>CLAIM #: 0003 | (S) SECURED<br><br>ACCT: 4930<br>COMMENT:  OC,520A, 520A,3157 AND 3359 OLD CEDAR FALLS RD |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $121.75<br>INT: 6.25%<br>NAME ID: 9626<br>CLAIM #: 0026 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4930<br>COMMENT:  SPLIT,CLASS A,521OR,520A, 520A |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0029 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: 4.3.C,SEE CLAIM 3 |
| RECEIVABLE PERFORMANCE MGMT LLC<br>20818 44 AVE WEST<br>LYNNWOOD, WA  98036 | $0.00<br>INT: .00%<br>NAME ID: 177507<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $10,586.23<br>INT: 6.25%<br>NAME ID: 45498<br>CLAIM #: 0021 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7913<br>COMMENT:  CLASS A/B,521OR |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $0.00<br>INT: .00%<br>NAME ID: 45498<br>CLAIM #: 0028 | (U) UNSECURED<br>AMENDED<br>ACCT: 7913<br>COMMENT: 520C/WDRN |
| SYNCHRONY BANK<br>P O BOX 12914<br>NORFOLK, VA  23511 | $0.00<br>INT: .00%<br>NAME ID: 181987<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNIFUND CCR LLC<br>P O BOX 110564<br>DURHAM, NC  27709 | $1,402.37<br>INT: 8.00%<br>NAME ID: 181485<br>CLAIM #: 0023 | (S) SECURED<br><br>ACCT: 6098<br>COMMENT: 421OR,121A |
| UNIFUND CCR LLC<br>P O BOX 110564<br>DURHAM, NC  27709 | $1,099.20<br>INT: 8.00%<br>NAME ID: 181485<br>CLAIM #: 0024 | (S) SECURED<br><br>ACCT: 6015<br>COMMENT: 421OR,121A |
| UNIFUND CCR LLC<br>P O BOX 110564<br>DURHAM, NC  27709 | $4,168.25<br>INT: 8.00%<br>NAME ID: 181485<br>CLAIM #: 0027 | (S) SECURED<br><br>ACCT: 2726<br>COMMENT: 421OR,121A |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,248.79<br>INT: 6.25%<br>NAME ID: 176005<br>CLAIM #: 0032 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0001<br>COMMENT:  CLASS A/B,521OR |
| ZOCA LOANS<br>P O BOX 1147<br>MISSION, SD  57555 | $0.00<br>INT: .00%<br>NAME ID: 167516<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$43,413.86** | |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10380

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $3,600.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  05/20/2021                                         OFFICE OF THE CHAPTER 13 TRUSTEE

                                                          By: /s/  Gayle McFarland
                                                              Clerk
                                                              Chapter 13 Office
                                                              500 W FRIENDLY AVE STE 200
                                                              P O BOX 1720
                                                              GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice